UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN REAVES, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>MFS SERIES TRUST I, MFS SERIES TRUST II, MFS SERIES TRUST IV, MFS SERIES TRUST V, MFS SERIES TRUST IX, MFS SERIES TRUST X, MFS GOVERNMENT SECURITIES FUND, MASSACHUSETTS INVESTORS TRUST, and MASSACHUSETTS INVESTORS GROWTH FUND,<br><br>        Defendants. | Civil Action No. 05-CV-10804 |

**STIPULATION TO EXTEND TIME TO ANSWER, MOVE
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

      The plaintiff Brian Reaves and the defendants MFS Series Trust I, MFS Series Trust II, MFS Series Trust IV, MFS Series Trust V, MFS Series Trust IX, MFS Series Trust X, MFS Government Securities Fund, Massachusetts Investors Trust, and Massachusetts Investors Growth Fund, by their undersigned counsel, hereby stipulate that the time within which the defendants must answer, move or otherwise respond to the plaintiff's complaint is extended to

9719492_1

-2-

and including June 10, 2005. The parties respectfully request that the Court approve this Stipulation.

| | |
|---|---|
| MFS SERIES TRUST I, MFS SERIES TRUST II, MFS SERIES TRUST IV, MFS SERIES TRUST V, MFS SERIES TRUST IX, MFS SERIES TRUST X, MFS GOVERNMENT SECURITIES FUND, MASSACHUSETTS INVESTORS TRUST, and MASSACHUSETTS INVESTORS GROWTH FUND | BRIAN REAVES<br><br>By his attorneys, |
| By their attorneys,<br><br>  /s/ Jane E. Willis  <br>John D. Donovan, Jr. (BBO# 130950)<br>Jane E. Willis (BBO# 568024)<br>ROPES & GRAY<br>One International Place<br>Boston, MA 02110<br>Telephone: (617) 951-7000<br>Fax: (617) 951-7050 |   /s/ Jane E. Willis  <br>David Pastor (BBO# 391000)<br>John C. Martland (BBO#322980)<br>GILMAN AND PASTOR, LLP<br>60 State Street<br>37th Floor<br>Boston, MA 02109<br>Telephone: (617) 742-9700<br>Fax: (617) 742-9701<br><br>RABIN & PECKELL LLP<br>275 Madison Avenue, Suite 420<br>New York, NY 10016<br>Telephone: (212) 880-3722<br><br>GLANCY BINKOW & GOLDBERG LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150 |

Dated: May 9, 2005

SO ORDERED:

Dated:  _____          _____
                                        Morris E. Lasker
                                        United States District Judge

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 9th day of May, 2005 by first class mail, upon the following counsel of record:

David Pastor
John C. Martland
Gilman and Pastor LLP
60 State Street
37th Floor
Boston, MA 02109

Rabin & Peckel LLP
275 Madison Ave.
Suite 420
New York, NY 10016

Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067

　　　　　　　　　　　　　　　　　　　　　　　__/s/ Jane E. Willis_____
　　　　　　　　　　　　　　　　　　　　　　　Jane E. Willis