UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------X
| | |
|---|---|
| BRIAN REAVES, | : Civil Action No. 05-10804 (MEL) |
| | : |
| Plaintiff, | : |
| | : |
| - against - | : |
| | : |
| MFS SERIES TRUST I, MFS SERIES TRUST II, | : |
| MFS SERIES TRUST IV, MFS SERIES TRUST V, | : |
| MFS SERIES TRUST IX, MFS SERIES TRUST X, | : |
| MFS GOVERNMENT SECURITIES FUND, | : |
| MASSACHUSETTS INVESTORS TRUST, and | : |
| MASSACHUSETTS INVESTORS GROWTH | : |
| FUND, | : |
| | : |
| Defendants. | : |

-----------------------------------------------------------------X

## **MOTION TO REMAND**

Pursuant to 28 U.S.C. §1447(c) and 15 U.S.C. §§77p(d)(4) & 78bb(f)(3)(D), Plaintiff Brian Reaves hereby moves this Court for an order remanding this action, which is solely based on state law breach of contract law against Defendants, to the Suffolk County Superior Court, and awarding Plaintiff "just costs and … actual expenses, including attorney fees, incurred as a result of the removal."

Plaintiff makes this motion based on the complaint, the memorandum of law submitted contemporaneously herewith, and all other pleadings and orders in this action.

REQUEST FOR ORAL ARGUMENT

Plaintiff believes that oral argument may assist the Court in making its determination on this motion. Accordingly, pursuant to Local Rule 7.1(d), Plaintiff hereby requests the Court schedule a hearing for oral argument on this motion.

00004991.WPD ; 1

CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Undersigned counsel certify that they have conferred with counsel for defendants in a good faith effort to resolve or narrow the issues raised by this motion, but have been unable to do so.

Dated: June 6, 2005

**Respectfully submitted,**

By: /s/ John C. Martland
David Pastor (BBO# 391000)
John C. Martland (BBO# 322980)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 01906
Telephone: (617) 742-9700
Fax: (617) 742-9701

RABIN & PECKEL LLP
275 Madison Avenue, Suite 420
New York, NY 10016
Telephone: (212) 880-3722
Fax: (212) 880-3716

GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Fax: (310) 201-9160

Attorneys for Plaintiff Brian Reaves