UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN REAVES, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>      v.<br><br>MFS SERIES TRUST I, et al.,<br><br>        Defendants. | Civil Action No. 05-CV-10804 (MEL) |

## DEFENDANTS' MOTION TO STAY

All Defendants hereby move the Court to stay further proceedings in this case until the Judicial Panel on Multidistrict Litigation ("JPML") rules on Defendants' application to transfer the case to the United States District Court for the District of Maryland for pretrial proceedings as part of the mutual fund "market timing" multidistrict litigation now pending there. *See In re Mutual Fund Investment Litigation,* MDL No. 1586 (J.P.M.L. Order Feb. 20, 2004).

The reasons why this motion should be granted are set forth in the attached Memorandum of Points and Authorities.

Pursuant to Local Rule 7.1(a)(2), counsel certifies that they have conferred and attempted to resolve or narrow the issues presented in this motion, without success.

Dated: June 10, 2005

Respectfully submitted,

/s/ Jane E. Willis___
John D. Donovan, Jr. (BBO#130950)
Jane E. Willis (BBO#568024)
Carisa Klemeyer
ROPES & GRAY LLP
One International Place
Boston, MA 02110-0624
Telephone: (617) 951-7000
Fax: (617) 951-7050

Counsel for All Defendants

9746575_1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the attorney of record for each party in this matter by filing the document electronically with this Court, using the Court's ECF filing system, on this 10th day of June, 2005.

/s/ Jane E. Willis
Jane E. Willis