UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------------X
| | |
|---|---|
| BRIAN REAVES, | : Civil Action No. 05-10804 (MEL) |
| | : |
| Plaintiff, | : |
| | : |
| - against - | : |
| | : |
| MFS SERIES TRUST I, MFS SERIES TRUST II, | : |
| MFS SERIES TRUST IV, MFS SERIES TRUST V, | : |
| MFS SERIES TRUST IX, MFS SERIES TRUST X, | : |
| MFS GOVERNMENT SECURITIES FUND, | : |
| MASSACHUSETTS INVESTORS TRUST, and | : |
| MASSACHUSETTS INVESTORS GROWTH | : |
| FUND, | : |
| | : |
| Defendants. | : |

-------------------------------------------------------------------X

## ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO STAY OF PROCEEDINGS

Now comes the Plaintiff in the above-entitled action and moves this Court for an extension of time until July 11, 2005 in which to file his opposition to Defendants' Motion to Stay. The requested extension is necessary as the attorneys responsible for the preparation and filing of the opposition will be on vacation over the next two weeks.

Defendants' counsel has assented to the requested extension of time.

Dated: June 21, 2005                               **Respectfully submitted,**


                                                   By:/s/ John C. Martland
                                                   David Pastor (BBO# 391000)
                                                   John C. Martland (BBO# 322980)
                                                   GILMAN AND PASTOR, LLP
                                                   60 State Street, 37th Floor
                                                   Boston, MA 01906
                                                   Telephone: (617) 742-9700
                                                   Fax: (617) 742-9701

00005150.WPD ; 1

RABIN & PECKEL LLP
275 Madison Avenue, Suite 420
New York, NY 10016
Telephone: (212) 880-3722
Fax: (212) 880-3716

GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Fax: (310) 201-9160

Attorneys for Plaintiff Brian Reaves

00005150.WPD ; 1