UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN REAVES, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>MFS SERIES TRUST I, et al.,<br><br>        Defendants. | Civil Action No. 05-CV-10804 (MEL) |

## NOTICE OF RULING IN RELATED CASE

Defendants hereby provide notice of the Order entered July 28, 2005 in *Delaventura v. Columbia Acorn Trust,* No. 1:05-10793 (D. Mass.), by the Hon. William G. Young, Chief Judge of this Court, denying the plaintiff's motion to remand that case to state court.

The complaint in the *Delaventura* action is virtually identical to the complaint in this case. Both cases were commenced in Suffolk County Superior Court, and removed to this Court, and the plaintiffs in both cases are represented by the same counsel. Plaintiffs moved to remand both cases to state court based on the same arguments.

A copy of Judge Young's Order is attached for the Court's reference.

Dated: July 28, 2005

Respectfully submitted,

/s/ Jane E. Willis_____
John D. Donovan, Jr. (BBO#130950)
Jane E. Willis (BBO# 568024)
Carisa Klemeyer
ROPES & GRAY LLP
One International Place
Boston, MA  02110-0624
Telephone: (617) 951-7000

-2-

Fax: (617) 951-7050

Thomas B. Smith
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4600
Fax: (202) 508-4650

Counsel for ALL DEFENDANTS

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served on the attorney of record for each party in this matter by filing the document electronically with this Court, using the Court's ECF filing system, on this 28th day of July, 2005.

/s/ Jane E. Willis____
Jane E. Willis

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


_____
                                       )
DEAN DELAVENTURA, et al.               )
                                       )
            Plaintiffs,                )    CIVIL ACTION
                                       )    NO. 05-10793-WGY
                                       )
       v.                              )
                                       )
COLUMBIA ACORN TRUST, et al.           )
                                       )
            Defendants                 )
_____)


                              ORDER

YOUNG, C.J.                                         July 28, 2005
```

Plaintiff Dean Delaventura ("Delaventura") has filed a motion with this Court to remand this matter to the Massachusetts Superior Court sitting in and for the County of Suffolk, and for the award of related costs, expenses and attorneys fees [Doc. No. 8].

It is hereby ORDERED that Delaventura's motion is DENIED.

An opinion will follow shortly.


SO ORDERED.

                                        /s/ William G. Young
                                        _____
                                        WILLIAM G. YOUNG
                                        CHIEF JUDGE